# EXHIBIT A
Instant Pot IP-LUX Owner's Manual

# Instant Pot®

## Programmable Electric Pressure Cooker

# User Manual

### Model: IP-LUX50 and IP-LUX60

Revision 2, Oct. 2013



(Pictures in the text are for reference only. Please refer to the actual product.)

Thank you for purchasing the multi-functional Instant Pot. Please read the User Manual carefully before use and keep it in a convenient place for future reference.

# Table of Contents

IMPORTANT SAFEGUARDS ................................................................................ 3

    Precautions ............................................................................................ 4

    Special Cord Set Instructions................................................................. 4

Product Introduction...................................................................................... 5

    Features ................................................................................................. 5

    Specifications ......................................................................................... 5

    Product Structure.................................................................................. 6

Before the First Use ....................................................................................... 7

    Remove and Install the Anti-Block Shield............................................. 7

    Remove and Install the Sealing Ring .................................................... 7

    Safe Lid Opening................................................................................... 7

    Cooking Preparation............................................................................. 8

Controls and States of the Cooker ............................................................... 10

    Control Panel....................................................................................... 10

    States of the Cooker ........................................................................... 11

    Operation Keys ................................................................................... 11

    Function Keys ...................................................................................... 11

Cooking with Your Instant Pot..................................................................... 13

    Pressure Cooking................................................................................. 13

    Slow Cooking....................................................................................... 14

    Delayed Cooking with Timer .............................................................. 14

    Sautéing .............................................................................................. 15

    Warming.............................................................................................. 15

    Initial Test Run.................................................................................... 16

Care and Maintenance ................................................................................. 16

    Cleaning .............................................................................................. 16

Troubleshooting........................................................................................... 17

Limited Warranty ........................................................................................ 19

# IMPORTANT SAFEGUARDS

Your Instant Pot cooks with pressure. When using pressure cookers, basic safety precautions should always be followed.

## PLEASE READ ALL INSTRUCTIONS.

1. Do not touch hot surfaces. Use handles or knobs.

2. Close supervision is necessary when the pressure cooker is used near children.

3. Do not place the pressure cooker in a heated oven.

4. Extreme caution must be used when moving a pressure cooker containing hot liquids.

5. Do not use pressure cooker for other than intended use.

6. This appliance cooks under pressure. Improper use may result in scalding injury. Make certain unit is properly closed before operating. Please see "Cooking Preparation".

7. Do not fill the unit over 2/3 full. When cooking foods that expand during cooking such as rice or dried vegetables, do not fill the unit over 1/2 full. Over filling may cause a risk of clogging the vent pipe and developing excess pressure. Please see "Food Preparation Instructions".

8. Be aware that certain foods, such as applesauce, cranberries, pearl barley, oatmeal or other cereals, split peas, noodles, macaroni, rhubarb, or spaghetti can foam, froth, and sputter, and clog the pressure release device (the steam release handle). These foods should not be cooked in a pressure cooker.

9. Always check the pressure release devices (the steam release handle) for clogging before use.

10. Do not open the pressure cooker until the unit has cooled and all internal pressure has been released. If the handles are difficult to push apart, this indicates that the cooker is still pressurized – do not force it open. Any pressure in the cooker can be hazardous. Please see "Cooking Preparation".

11. Never deep fry or pressure fry in the unit with oil. It is dangerous and may cause a fire or serious damage.

12. To protect against electrical shock, do not immerse cord, plugs, or appliance in water or other liquid.

13. Unplug from outlet when not in use and before cleaning. Allow to cool before putting on or taking off parts, and before cleaning.

14. Do not operate any appliance with a damaged cord or plug or after the appliance malfunctions or has been damaged in any manner. Return appliance to the service center for examination repair or adjustment. See Warranty section.

15. The use of accessory attachments not recommended by the appliance manufacturer may cause injuries.

16. This product is for household use only. Do not use outdoors.

17. Do not let cord hang over edge of table or counter, or touch hot surfaces.

18. Do not place the unit on or near a hot gas or electric burner, or in a heated oven.

19. Extreme caution must be used when moving the unit containing hot oil or other hot liquids.

20. Caution: to reduce the risk of electric shock, cook only in the provided removable container (cooking pot).

21. Do not use incompatible removable container (cooking pot) or sealing ring (gasket) to avoid pressure leakage.

22. To disconnect, turn any control to "off", then remove plug from wall outlet.

23. Do not place the unit on an unstable location it is strictly prohibited to use it on a newspaper, foam or other object that may easily block the vent holes at the bottom.

24. Do not use it in a place which is near splash water or fire. Do not use it in a place exposed to directly to sunshine or oil splash. Put it in a place out of the reach of children.

25. Before use each time, be sure to check the anti-block shield, float valve and exhaust valve (steam release handle) for obstruction, wipe the surface of the inner pot and the heating plate to confirm they are free of any foreign object; make sure the steam release handle is in sealing position**.**

26. Do not move this product or force to remove the lid when the unit is in operation.

27. Do not place your hands or face over the exhaust valve (steam release handle) or float valve to avoid scald when the unit is in operation.

28. To reduce the risk of fire or electric shock, only authorized personnel should do repairs.

29. Do not cover the pressure valves.

30. This appliance is not intended for use by persons (including children) with reduced physical, sensory or mental capabilities, or lack of experience and knowledge, unless they are accompanied by a person responsible for their safety.

31. Do not use this product on any electrical system other than voltage: 110-120V~/60Hz.

# PLEASE SAVE THESE INSTRUCTIONS.

And keep the user manual in a convenient place for future reference.

## Precautions

**Before each use, please make sure to inspect the following:**

1. The anti-block shield, float valve and exhaust valve are not blocked by food debris.

2. The bottom surface of the inner pot and the heating plate are free of any foreign objects.

3. The steam release handle is in the "Sealing" position for all pressure cooking.

After cooking, wait until the cooker cools down for a while and release the pressure using the steam release handle. Use extreme caution when opening the lid. Scald and serious burns can be caused by the steam inside the unit.

If all LED lights are flashing on the control panel, unplug the power cord immediately and consult the "Troubleshooting" section.

Care must be taken with the sealing ring to avoid deformation. Failure to do so may prevent the product from working properly.

## Special Cord Set Instructions

A short power supply cord is provided to reduce the hazards resulting from entanglement and

tripping. An extension cord may be used if care is exercised in its use. If an extension cord is used, the electrical rating of the cord must be at least 12 amps and 120 volts. The extended cord must be arranged so that it will not drape over edge of table or counter where it can be pulled by children or tripped over accidentally.

This appliance has a polarized plug (one blade is wider than the other). To reduce the risk of electric shock, this plug is intended to fit into a polarized outlet in only one way. If the plug does not fit fully into the outlet, flip the plug. If it still does not fit, contact a qualified electrician. Do not attempt to modify the plug in any way.

## Product Introduction

Instant Pot® programmable pressure cooker is the new generation of smart kitchen appliances. It is a 6-in-1 multi-function cooker combining the benefits of a Pressure Cooker, Sauté, Slow Cooker, Rice Cooker, Steamer, and Food Warmer. Instant Pot® is a convenient and kitchen-friendly time saver. Its 10 micro-processor controlled intelligent programs make your everyday cooking as easy as pressing a button.

It brings your green thinking right into the kitchen by saving up to 70% of energy comparing with conventional cooking. In most cases, your Instant Pot reduces the cooking time by 70%, and preserves more vitamins and minerals in the natural ingredients.

Instant Pot has been design to avoid the common errors and safety hazards of old stove-top pressure cookers using 10 proven safety mechanisms and patented technologies. They include lid position monitoring, locking the lid under pressure, electronic pressure and temperature control, dry burn detection with automatic shutoff, over-pressure protection, and temperature and electrical current limiting fuse. Instant Pot® has earned the entrusted UL certification by going through the rigorous UL lab testing.

## Features

- **High safety standard:** 10 safety mechanisms and UL safety certification. Please visit www.InstantPot.com for detailed information.

- **Multi-function:** Braising, pressure cooking, stewing, steaming, simmering, slow cooking, sauté/browning, and keeping warm.

- **10 convenient cooking programs controlled by a microprocessor:** Simply press one of the function keys to start cooking. The microprocessor controls the time, cooking pressure and temperature eliminating the need to watch over the cooker in the kitchen.

- **Clean and pleasant:** Instant Pot produces very little noise and leaks almost no steam. This keeps the aromas and flavor of ingredients in the food and avoids messy spills, splashes or spatters to clean up.

- **Up to 24-hour delayed cooking:** Long 24 hour timer. Perfect for meal planning.

- **Up to 120 minutes of** manual cooking time selection.

- **Auto keep warm:** After cooking, the keep-warm function starts automatically for 10 hours.

- **Dishwasher safe** stainless steel inner pot and steam rack.

## Specifications

- Working pressure: High 10.2 ~ 11.6psi (70 ~ 80kPa)

- Steam release pressure limit: 15.22psi (105kPa)

- Working temperature: 115°C ~ 118°C (239°F ~ 244°F)

- "Keep warm" function: up to 10 hours, 63 ~ 78°C (145 ~ 172°F);

5

- "Slow Cook" function: 0.5 ~ 20 hours, at 88 ~ 99°C (190 ~ 210°F)
- "Sauté" function: "Normal" mode: 160 ~ 176°C (320 ~ 349°F); "More" mode: 175 ~ 210°C (347 ~ 410°F); "Less" mode: 135 ~ 150°C (275 ~ 302°F).

| Model | Power Supply | Rated Power | Volume | Caliber of inner pot | Weight | Dimension |
|---|---|---|---|---|---|---|
| IP-LUX50 | 120V~ 60Hz | 900W | 5 quart | 14x22x24 cm 5.5x8.66x9.45 inch (H x Inner rim diameter x outer rim diameter) | 5.3kg (11.68lb) | 33x31x30 cm 13x12.2x11.8 inch (LxWxH) |
| IP-LUX60 | 120V~ 60Hz | 1000 W | 6 quart | 16x22x24 cm 6.3x8.66x9.45 inch | 6.61kg (14.57lb) | 33x31x32 cm 13x12.2x12.6 inch |
| Accesso-ries | Rice paddle, Soup spoon, Measuring cup, Steam rack, User manual and Recipe booklet. | | | | | |

## Product  Structure



## Before the First Use

Before the first use, please take out all accessories from the package and read this manual carefully. Please pay particular attention to operational instructions and cautions to avoid any injury or property damage. Please wash the inside of the lid and the inner pot with warm soapy water, rinse and dry thoroughly. Wipe the outer housing with a clean damp cloth. **Never immerse the cooker housing in water or any other liquid.** The inner pot, sealing ring and steam release handle and all accessories are dishwasher safe. But never clean the lid and housing in a dishwasher.

### Remove and Install the Anti-Block Shield

The anti-block shield can be removed by pushing it on the side to lift it up.  To install the anti-block shield, position it in place and press it down.

  

### Remove and Install the Sealing Ring

The sealing ring can be removed by pulling upwards from the sealing ring rack in sections.  To reinstall the sealing ring, pressing it down  into the rack section by section. The sealing ring can be installed on either side facing up.

 

**Please note the following:**

- Prior to each use, inspect to make sure the sealing ring is well seated in the sealing ring rack and the anti-block shield is mounted properly on the steam release pipe. A properly seated sealing ring can be shifted, with a bit of effort, clockwise or anti-clockwise inside the sealing ring rack.

- After use, remove any foreign objects from the sealing ring and anti-block shield.

- Keep the sealing ring clean to avoid odor. Washing the sealing ring in warm soapy water or dishwasher can remove odor. However, it is normal for the sealing ring to absorb the smell of certain acidic foods. That's why it is always a good idea to have more than one sealing ring on hand. You can purchase additional sealing rings from www.InstantPot.com.

- Never pull the sealing ring by force, as the pulling may cause deformation and affect its function in sealing the pressure.

- A sealing ring with cracks, cuts or other damages should not be used. A new sealing ring replacement should be used.

## Safe Lid Opening

1. Make sure the pressure cooking program has completed or press "Keep-Warm/Cancel" to terminate the program.

2. Releasing pressure in one of the following approaches.

**Quick Release:**

- Slide the steam release handle to the "Venting" position to let out steam until the float valve drops down.

**Caution**:

- Please keep hands and face away from the hole on the top of the steam release handle when using Quick Release.  The escaping steam is very hot and can cause scalding.

- Never pull out the steam release handle when it is letting out steam.

- Please be aware that Quick Release is not suitable for food in large liquid volume or with high starch content (e.g. porridge, congee, sticky liquids, soup, etc.). Food content may splatter out with steam. Use Natural Release instead.

**Natural Release:**

- Allow the cooker to cool down naturally until the float valve drops down. This may take 10 to 15 minutes after cooking is finished and the cooker is in Keep-Warm mode.

- Putting a wet towel on the lid can speed up cooling.

3.  Open the lid: Hold the lid handle, turn the lid counterclockwise to the open position, and lift the lid up to open. To avoid vacuum suction on the lid, turn the steam release to "Venting" position to let in air when lifting the lid.

- **Caution**: Do not open the lid until pressure inside the pot is completely released. As a safety feature, until the float valve drops down, the lid is locked and cannot be opened.

- If the float valve is stuck due to food debris or stickiness, you can push it down with a pen or chopsticks when you are certain the pressure has been released by moving the steam release handle in the venting position.

## Cooking Preparation

**1. Open the lid**

Holding the lid handle with your hand, rotate approximately 30 degrees counterclockwise until the " ▼ "mark on the lid is aligned with the " ▲ Open" mark on the cooker housing rim.



**2. Check whether all parts on the lid are assembled properly**

Check the float valve and exhaust valve for obstructions. Make sure that the sealing ring is well seated inside its holding rack, the anti-block shield is installed properly and the float valve can move up and down easily.

### 3. Take out the inner pot, and put in food and liquid

The total amount of food and water should NEVER exceed the maximum level marking of the inner pot. It is recommended that you do not fill the unit over 2/3 full. When cooking foods that expand during cooking such as rice, beans or dried vegetables, do not fill the unit over 1/2 full. Over filling may risk clogging the vent pipes and developing excess pressure. This could also cause spillage and may damage to the unit.



### 4. Place the inner pot inside the cooker housing

Before that, be sure to remove foreign objects and wipe dry the outside of the inner pot and the heating element inside of the cooker.

After putting the inner pot inside the housing, rotate the inner pot slightly to ensure good contact between the inner pot and the heating element.



### 5. Close the lid completely

Hold the lid handle and put the lid on the cooker, with the ▼ mark on the lid and the ▲ "Open" marks on the housing rim are aligned. Rotate the lid clockwise approximately 30 degrees until the ▼ mark on the lid is aligned with the ▲ "Close" mark on the housing rim.



Instant Pot has a safety feature to disable the cooker and the display flashes "Lid" if the lid is not positioned correctly. When using "Soup", "Poultry", "Meat/Stew", "Bean/Chili", "Multigrain", "Rice", "Steam", and "Porridge", the lid should be fully closed.  When using "Sauté", the lid should be open. "Keep Warm" and "Slow Cook" works with the lid either opened or closed.

### 6. Position the steam release handle properly

Please note that it is perfectly normal and necessary for the steam release handle to be loose. It works by weight and simply rests on top of the exhaust pipe. It can also be removed for washing if necessary by pulling it straight out.

In operation of the cooker for any functions except "Keep-Warm", "Sauté" or "Slow Cook", align the pointed end of the steam release handle pointing to "Sealing", indicating that the pressure cooker is in the sealed position.

The "Sauté" function must be used without the lid. The "Slow Cook" and "Keep-Warm" can operate with or without the lid, or using an optional glass lid available at www.InstantPot.com.



## Controls and States of the Cooker

## Control Panel

The control panel of your Instant Pot consists of an LED display, 3 mode indicators, 3 operation keys and 13 function keys. Each function key has a function indicator light. Operation keys do not have indicator lights.



## States of the Cooker

Your Instant Pot has 3 states which are shown on the LED display and function indicators.



- **Standby state**: the LED display shows "OFF".
- **Pre-heating state**: the LED display shows "On" and the activated function indicator lights up.
- **Program operating state**: the activated function indicator lights up and the LED display shows time. For pressure cooking, slow cooking and timer functions, the time counts down. For "Keep Warm", the time counts up.

## Operation Keys

The 3 operations keys include "+", "-", and "Adjust" keys. The **"+"** and **"-"** are used to change the time value.

The "**Adjust**" key can make 3 types of adjustments:

1. Changing the **pressure keeping time** for pressure cooking functions, except "Manual" and "Rice" functions. "Rice" is fully automatic.

2. Switching the **temperature** of "Slow Cook" and "Sauté".

## Function Keys

The most important key is **"Keep Warm/Cancel"**. When Instant Pot is being programmed or any program is in effect, press this key will cancel the program and take the cooker to standby state. When the cooker is in standby state, pressing this key activates the keep-warm program.



The **"Soup"** key is for making various soups and broth. You can use the "Adjust" key to select a shorter or longer cooking duration, depending on the intended cooking result.  Instant Pot controls the pressure and temperature to a level that the liquid never goes into the heavy boiling state. For example, making chicken broth with the "Soup" function, the broth is clear and the chicken remains intact after cooking. If you need the food content to be fully broken down, please stir and mix the soup before serving.

The **"Porridge"** key is to make porridge of various grains. You can use the "Adjust" key to select a cooking duration. The "Normal" duration is for rice porridge. For a mixture various grains and beans, please choose the "More" duration.  Stir the Porridge before serving. Please note, **after the "Porridge" program is finished, do NOT put steam release handle in venting position**; otherwise the porridge will splatter through the steam release. Please use Natural Release.

The **"Poultry"** key is programmed to make poultry dishes. You may use the "Adjust" key to change the poultry cooking time from "Normal" to "More" or "Less" depending on your preference of the texture and the amount of poultry you put into the pot. Poultry meat is generally easier to cook than pork, lamb and beef. Hence the poultry cooking time is adjusted within a shorter time range when using the "Poultry" function key.

The **"Meat/Stew"** key is for cooking meat and stew. The "Adjust" key can be used to change the cooking **time** to achieve the desired texture of the meat. In general, "More" duration is for

bone-stripping effect on meat.

The **"Bean/Chili"** key is specifically for cooking beans and making Chili.  If you want the beans well cooked, please use the "Adjust" key to select "More" duration.

The **"Rice"** key is a fully automated smart program for cooking regular rice or parboiled rice.  The cooking duration is adjusted automatically depending on the amount of food content. To cook 2 cups of rice, it takes about 10 minute pressure keeping time; for 3~5 cups of rice, it takes about 12 minute pressure keeping time; more cups will take longer time accordingly. Total cooking time is not displayed, whereas the pressure keeping time will be shown when working pressure is reached. The "Adjust" key has no effect on this program. Please note: You can cook as little as one cup of rice with the correct ratio of water.

The **"Multigrain"** key is a program to cook mixed grains of wild rice, hard brown rice, mung beans, etc. There are three "Adjust" options for multigrain rice cooking. The "Normal" setting has 40 minutes of pressure cooking time. The "Less" setting has 20 minutes of pressure cooking time. The "More" setting has 45 minutes of warm water soaking time and 60 minutes of pressure cooking time. The "More" setting is suitable for harder grains such as dry split corn.

The **"Steam"** key is designed for steaming purposes. You can steam vegetables, seafood or reheating with the enclosed steam rack.  When steaming vegetables and seafood, please note that using the "Natural Release" method for releasing the steam will likely overcook the food. You will need to release the steam as soon as the cooking time has expired using the "Quick Release" method.

Using 1~2 cups (160ml) of water is sufficient for steaming fresh or frozen vegetables, with 1~2 minute pressure keeping time. Please use "+" or "-" keys to change the steaming time. Please note that unlike other pressure cooking functions, the "Steam" function heats at full power continuously. This may burn food in direct contact with the bottom of the inner pot. Please use the trivet provided to elevate the food above the water. Use a metal basket or (oven safe) glass/ceramic container that fits into the inner pot to contain the food.

The **"Manual"** key allows manual setting of cooking time. The time set in this mode is pressure cooking time which will begin to count down when working pressure is reached. The maximum pressure cooking time is 120 minutes.

The **"Sauté"** key is used for open lid sautéing, browning or simmering inside the inner pot. "Adjust" can be used to change the operating temperature in 3 modes. Please see the "Sautéing" section for details.

The **"Slow Cook"** key allows you to use your Instant Pot as a common slow cooker. The user can change the cooking duration by pressing the "+" or "-" key between 0.5 and 20 hours. The "Adjust" key allows you to adjust the level of heating as in traditional slow cookers. Please see the "Slow Cooking" section for its usage.

The **"Timer"** key is for delayed cooking. To start delayed cooking, first select the desired cooking function (all program functions except "Sauté"), and then press the "Timer" key. Use "+" and "-" to set the delayed hours. Press "Timer" key again to change the minutes. **The time you are setting is the delayed time before the program starts.** Please allow sufficient cooking time and cooling down time before serving. The time delay can be adjusted with "+" or "-" keys for up to 24 hours. Please see the "Delayed Cooking with Timer" section for details.

## Cooking with Your Instant Pot

## Pressure Cooking

The following procedure is for "Rice", "Soup", "Poultry", "Meat/Stew", "Bean/Chili", "Multigrain", "Porridge", "Steam" and "Manual" functions.



1. Follow steps in the "Cooking Preparation" section of this manual.

2. Connect power cord. The LED display shows "OFF" indicating that it's in standby state.

3. Select a cooking function, e.g. "Soup". Once a function key is pressed, its indicator lights up.

- Within 10 seconds after pressing a function key, you can still select any other function keys and adjust cooking duration.

4. Select cooking time.



- You may use the "Adjust" key (except the "Manual" and "Rice" functions) to adjust cooking duration. Press the "Adjust" key repeatedly to change between "Normal", "Less" and "More" modes which will light up on the display.

- If necessary, change the cooking time with "+" and "-". Press and hold the "+" or "-" key for faster changes.

- The built-in cooking time is suitable for general purpose food. Please use the cooking time table in the recipe book to determine the appropriate cooking time based on the specific food, the quantity of food and your texture preference.

5. Cooking starts automatically in 10 seconds after the last key press.

- Three audible beeps will sound to indicate the cooking process has begun. The LED display shows "On" indicating that the pre-heating state is in progress. Please note: Depending on the food content, the quantity and its temperature (frozen or not), **the preheat cycle can range between 10 to 40 minutes.**

- As the pressure increases inside the cooker, it is perfectly normal for traces of steam to escape from the float valve until the float valve pops up.

- Once the cooker reaches working pressure, the LED display changes from "On" to the programmed cooking time. The cooking time counts down to indicate the remaining time in minutes. During this pressurized state you should not see any steam gushing out anywhere from the lid. However, from time to time you may see a small smoke effect coming from the steam release handle and occasionally a little sputtering. This is perfectly normal.

- During the cooking operation, the cooker makes low clicking sounds. This comes from normal operation in switching the heating element on and off.

- At any time, you can cancel the cooking program in progress and return to standby mode by pressing the "Keep-Warm/Cancel" key.

6.    When the pressure cooking cycle finishes, the cooker beeps and automatically goes into the "Keep Warm" cycle, called **Auto "Keep Warm" Cycle**. The LED display shows an "L" on the first digit, such as "L0:02", to indicate the "Keep Warm" cycle and time duration. The clock counts up for 10 hours. If the 10 hour Auto "Keep Warm" cycle finishes, the cooker goes into standby state.



- It is not recommended to leave cooked rice in "Keep-Warm" state for too long as it may affect the texture or the taste of the food.

7.    To serve the food, press "Keep-Warm/Cancel" to stop the keep -warm cycle and open the lid according to the "Safe Lid Opening" section of this manual.

- When opening the lid, the inner pot may appear to be stuck on the lid by vacuum. This is caused by contraction of air due to cooling. Please turn the steam release handle to "Venting" to let in air to release the vacuum.

## Slow Cooking

1.    Follow steps in the "Cooking Preparation" section of this manual. The steam release handle should be at the "Venting" positions. An optional glass lid can also be used.

2.    Connect power cord. The LED display shows "OFF" indicating that it's in standby state.

3.    Press "Slow Cook" key.

4.    Change cooking duration between 0.5 and 20 hours by pressing the "+" or "-" key.

5.    Select the desired cooking mode with the "Adjust" key. By pushing the "Adjust" key repeatedly, you can adjust the cooking mode to "Normal", "More" and "Less" modes, which correspond to medium, high and low in a common slow cooker**.**

6.    Cooking starts automatically in 10 seconds after the last key is pressed.

7.    When the cooking finishes, the cooker beeps and goes into the Auto "Keep Warm" cycle for 10 hours.

## Delayed Cooking with Timer

Your Instant Pot has a timer function to delay the start of cooking for up to **24 hours**. Timer function does not apply to the "Keep Warm", and "Sauté" functions. The following shows how to program for delayed cooking.



1.    Follow steps in the previous "Pressure Cooking" and "Slow Cooking" sections to set a cooking program.

2.  Within 10 seconds after program selection, press the "Timer" key to set the hours and minutes to be delayed. Use "+" and "-" to set the delayed hours. Press "Timer" key again to change the minutes. **The time is the delayed time before the program starts.** Please allow sufficient cooking time and cooling down time before serving.

3.  10 seconds after last key press, the "Timer" function starts, the time on LED display counts down, and the flashing green indicator on the "Timer" key changes to solid green.

4. To cancel the Timer operation, press the "Keep-Warm/Cancel" key at any time.

5. Your Instant Pot starts cooking when the delay timer counts down to 0. After cooking, the cooker will then enter the Auto "Keep Warm" cycle for 10 hours.  Please Note:

- We highly discourage using the Timer function for perishable foods, such as meat and fish, which may go bad when left at room temperature for hours. Cooked rice may yield overly soft texture due to long soaking time. It may also cause a layer of burned rice at the bottom of the pot if it is left in Keep-Warm mode for too long.

- The Timer function is **not recommended for porridge, oatmeal or other foamy and sticky foods**. Because of the possibility of these foods gumming up the float valve causing it to never seal and leading to overflowing food content, it is highly recommended that your Instant Pot not be left unattended during the preheat cycle. Since the delay function implies leaving the unit unattended, we strongly recommend not using the timer function for these types of food.

## Sautéing

1. Follow steps in the "Cooking Preparation" section of this manual. Keep the lid open to avoid pressure from building up inside the cooker. An optional glass lid can also be used.

2. Connect power cord. The LED display shows "OFF" indicating that it's in standby state.

3. Press "Sauté" key. For safety reasons, the maximum operation time of one "Sauté" cycle is 30 minutes.

4. Change the cooking temperature among "Normal", "More" and "Less" modes with the "Adjust" key. The "Normal" mode is suited for regular sauté or browning. The "More" mode is for stir-frying or blackening meat at higher temperature. The "Less" mode is suitable for simmering, reducing juices or thickening sauce**.** To avoid pressure building up, the lid cannot be closed. If you accidentally close the lid, flashing "Lid" is displayed to warn about wrong lid position.



> **Caution**: partially closing the lid during sautéing could cause the pressure to build up in the cooker. This can be hazardous.

5. Heating starts automatically in 10 seconds after the last key is pressed. The "Sauté" program can be cancelled at any time by pressing "Keep Warm/Cancel" key.

6. When the designated temperature is reached, the LED display shows "Hot".

7. When cooking finishes, the cooker beeps and goes to standby state. If you need more time, simply press the "Sauté" key again.

## Warming

Pressing the "Keep-Warm/Cancel" key in the standby state activates the "Keep Warm" function. When "Keep Warm" function starts, the time counts up by minutes for up to 10 hours. The "Keep Warm" function can be used with or without the lid closed. You can also use an optional glass lid for this function. When it finishes, the cooker beeps and goes to standby state.

## Initial Test Run

In order to get a feel for your Instant Pot before jumping in with your favorite recipe, it's a great idea to take it for a test run. This will help you to become familiar with your Instant Pot, make sure that your unit is working perfectly and also clean the unit of possible residues in the process. This test run can be accomplished in about 15 minutes. It's optional but recommended.

1. Make sure the steam release handle and float valve are unobstructed and clean and that the sealing ring is properly seated.

2. Insert the inner pot in the cooker base and add water to the "3" mark on the inner pot.



3. Close the lid. Make sure that the steam release handle is pointing to "Sealing" mark on the lid.

4. Press the "Steam" button, and press the "-" button to change the time to 2 minutes.

5. In 10 seconds, your Instant Pot will go into the preheating cycle (display showing "On"). Within a few minutes steam will start coming out for a minute or two until the Float Valve pops up and seals the cooker. Within another minute or two the working pressure will be reached and the countdown timer will begin. Once the countdown is finished, your Instant Pot will beep and automatically go into the "Keep Warm" mode.

That's it. The test is complete. Press the "Keep-Warm/Cancel" button and/or unplug the unit. Once the pot cools down, you can open it and are ready to try your favorite recipe.

## Care and Maintenance

Regular care or maintenance is essential in ensuring that this product is safe for use. If any of the following circumstances take place, please stop using the appliance immediately and contact Instant Pot support team.

- Power cord and plug suffer from expansion, deformation, discoloration, damages, etc.

- A portion of power cord or the plug gets hotter than usual.

- Electric pressure cooker heats abnormally, emitting a burnt smell.

- When powered on, there are unusual sounds or vibrations.

If there is dust or dirt on the plug or socket, please remove dust or dirt with a dry brush.

## Cleaning

**Caution**: please make sure the appliance has cooled down and is unplugged before cleaning.

1. Clean the product after each use. Wipe the black inner housing rim and slot dry with cloth to prevent rusting on the exterior pot rim.

2. Remove the lid and take out the inner pot, wash them with detergent, rinse with clear water and then wipe dry with a soft cloth. The stainless steel inner pot is also dishwasher safe.

3. Use water to clean the lid, including the sealing ring (which can be removed), exhaust valve, anti-block shield, and wipe them clean with dry soft cloth. Do not take apart the steam

release pipe assembly.

4. Clean the cooker body with clean damp cloth. **Do not immerse the cooker into water.** Do not use a wet cloth to clean the pot while the power cord is plugged into the power outlet.

## Troubleshooting

**If you experience any problem with the appliance, please DO NOT return the product to the retail store or online merchant.** For technical assistance and product return information, please:

- Create a support ticket at www.InstantPot.com/support/
- Email to support@instantpot.com
- Or call 1800 828-7280 for Instant Pot customer care team

The cases in the following tables do not always indicate a faulty cooker. Please examine the cooker carefully before contacting the support for repair. You can also find help videos and FAQ on www.InstantPot.com/faq/

### Troubleshooting Table

| | Problem | Possible Reason | Solution |
|---|---|---|---|
| 1 | Difficult to close the lid | Sealing ring not installed properly | Position the sealing ring well |
| | | Float valve in the popped-up position | Press the float valve lightly downwards |
| 2 | Difficult to open the lid | Pressure exists inside the cooker | Use the steam release handle to reduce the internal pressure. Open the lid after the pressure is completely released. |
| | | Float valve stuck at the popped-up position | Press the float valve lightly with a pen or chopstick. |
| 3 | Steam leaks from the side of the lid | No sealing ring | Install the sealing ring |
| | | Sealing ring damaged | Replace the sealing ring |
| | | Food debris attached to the sealing ring | Clean the sealing ring |
| | | Lid not closed properly | Open then Close the lid again |
| 4 | Steam leaks from float valve for over 2 minutes | Food debris on the float valve silicone seal | Clean the float valve silicone seal |
| | | Float valve silicone ring worn-out | Replace the float valve silicone ring |
| 5 | Float valve unable to rise | Too little food or water in inner pot | Add water according to the recipe |
| | | Float valve obstructed by the lid locking pin | Close the lid completely, see "Cooking Preparation" section |

**Troubleshooting Table  (Cont... )**

| | Problem | | Possible Reason | Solution |
|---|---|---|---|---|
| 6 | Steam comes out from exhaust valve non-stop | | Steam release handle not in sealing position | Turn the release handle to the sealing position |
| | | | Pressure control fails | Contact support online |
| 7 | Display flashes "Lid" | | Lid is not at the correct position for the selected program | Close lid for pressure cooking or open the lid for sautéing |
| 8 | Display remains blank after connecting the power cord | | Bad power connection or no power. | Inspect the power cord to ensure a good connection, check the power outlet is active. |
| | | | Cooker's electrical fuse was blown | Contact support online |
| 9 | All LEDs flash with a code appearing on screen | C1 code | Faulty temperature sensor (cannot be detected) | Contact support online |
| | | C2 code | Faulty temperature sensor (short circuited) | Contact support online |
| | | C5 code | Temperature is too high because inner pot is not placed | Put in the inner pot properly |
| | | | Temperature is too high because there is no water in inner pot | Put food and water in the inner pot |
| | | C6 code | Faulty pressure sensor | Contact support online |
| 10 | Rice half cooked or too hard | | Too little water | Adjust dry-rice and water ratio according to recipe |
| | | | Cover opened prematurely | After cooking cycle completes,  leave the cover on for 5 more minutes |
| 11 | Rice too soft | | Too much water | Adjust dry-rice and water ratio according to recipe |
| 12 | Intermittent beeping after the cooker starts for a while | | Indication of overheating. The cooker has reduced the heating temperature, and may not reach cooking pressure | Possibly starch deposits at the bottom of the inner pot, which have clogged heat dissipation. Stop the cooker and inspect the bottom of the inner pot |
| 13 | Occasional ticking or light cracking sound | | The normal sound of power switching and expanding pressure board in changing temperature | Nothing to be worried about |
| | | | Wet inner pot bottom. | Wipe inner pot bottom dry before cooking |

## Limited Warranty

Instant Pot Company (the "IPC") warrants this appliance to be free from defects in workmanship and material, under normal residential use, for a period of one (1) year from the date of purchase. This warranty extends only to the original purchaser and use in USA and Canada. A purchase receipt, purchase order number or other proof of date of original purchase is required before warranty service is performed. IPC's obligation under this warranty is limited to replacing or repairing, or assisting in the repair at IPC's option. All repairs for which warranty claims are made must be pre-authorized by IPC.

This appliance comes equipped with many safety features. Any attempt to interfere with their operation may result in serious injury/damages and void this warranty. No warranty service will be provided to any appliance that has been tampered with, unless directed by an IPC representative.

This warranty does not cover normal wear of parts or damage resulting from negligent use or misuse of the appliance, use contrary to the operating instructions, failure to provide reasonable and necessary maintenance, or disassembly, repair or alteration by anyone unless directed by an Instant Pot Representative. **This warranty does not cover units that are used outside of US and Canada.** Further, the warranty does not cover damage resulting from Acts of God, such as fire, flood, hurricanes and tornadoes. **IPC is not responsible for shipping cost for warranty service.**

### Limitation and Exclusions

To the extent permitted by applicable law, the liability of IPC, if any, for any allegedly defective appliance or part shall be limited to repair or replacement of the appliance or part and shall not exceed the purchase price of a comparable replacement appliance or part. THE PROVISIONS OF THIS WARRANTY ARE YOUR SOLE AND EXCLUSIVE REMEDY WITH RESPECT TO THE PRODUCT(S) COVERED BY THIS WARRANTY. ALL IMPLIED WARRANTIES WITH RESPECT TO THE APPLIANCES(S) INCLUDING, BUT NOT LIMITED TO, IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE, ARE HEREBY EXPRESSLY EXCLUDED.

**IPC is not responsible or liable for indirect, special or consequential damages arising out of or in connection with the use or performance of the appliance or damages with respect to any economic loss, loss of property, loss of revenues or profits, loss of enjoyment or use, costs of removal, installation or other consequential damages of whatsoever nature. Some provinces/ states do not allow the exclusion or limitation of incidental or consequential damages. Accordingly, the above limitation may not apply to you.**

You the buyer may have other rights and remedies under your state's or province's applicable laws, which are in addition to any right or remedy which may be available under this limited warranty.

### Warranty Service

If the appliance should become defective within the warranty period, please contact Instant Pot Customer Service team by

- Create a support ticket at www.InstantPot.com/support/
- Email to support@instantpot.com
- Or call 1800 828-7280 for Instant Pot customer service representative

To facilitate speedy service, please provide:

- Your name, email address or phone number
- A copy of the original purchase receipt with order number, the model and serial number
- Description of the product defect, pictures or video if possible

All contents in this document have been checked carefully. Instant Pot Company reserves the right to interpret any printing mistake or misunderstanding of content.

For any technical improvement or change in appearance or name plate, changes shall be placed in the revised manual without further notice. In case of changes in appearance and color, please refer to the actual product for detailed information.

Standards: UL 1026, Fifth Edition
CAN/CSA-C22.2 No. 1335.1-93
CAN/CSA-C22.2 No.1335.2.15-93

**Instant Pot Company**
11 – 300 Earl Grey Dr., Suite 383
Ottawa, Ontario
Canada K2T 1C1

Telephone:  +1 800 828-7280
Fax: +1 (613) 800-0726
Web: http://www.InstantPot.com
E-mail: support@instantpot.com

© 2011, 2012, 2013, 2014 Instant Pot Company, All Rights Reserved.